IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS; THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS; BRICKLAYERS and ALLIED CRAFTWORKERS LOCAL 6, ILLINOIS, and INTERNATIONAL UNION OF BRICKLAYERS and ALLIED CRAFTWORKERS,<br><br>          Plaintiffs,<br>v.<br><br>R. S. MASONRY, INC., an Illinois Corporation, and RONNIE SCOGIN, individually,<br><br>          Defendant. | **CASE NO. 04 C 50432**<br><br>Judge Reinhard<br><br>Magistrate Judge Mahoney |

## MOTION FOR A JUDGMENT ORDER

**NOW COMES** the Plaintiffs, THE CONSTRUCTION INDUSTRY WELFARE FUND OF ROCKFORD, ILLINOIS and THE CONSTRUCTION INDUSTRY RETIREMENT FUND OF ROCKFORD, ILLINOIS (hereinafter referred to as the "Construction Funds") and BRICKLAYERS and ALLIED CRAFTWORKERS LOCAL 6, ILLINOIS (hereinafter referred to as the "Bricklayers") and THE INTERNATIONAL UNION OF BRICKLAYERS and ALLIED CRAFTWORKERS (hereinafter referred to as the "International Bricklayers"), by and through their attorneys, MARC M. PEKAY, P.C. and hereby move for a Judgment Order against the Defendants, R.S. MASONRY, INC., an Illinois Corporation and RONNIE SCOGIN, individually. In support of this Motion, Plaintiffs state as follows:

1. Plaintiffs filed their Complaint on October 25, 2004 seeking to collect unpaid contributions to the Construction Funds, Bricklayers and to the International Bricklayers, seeking twelve thousand seven hundred and sixty eight dollars and sixty three cents ($12,768.63) in unpaid liquidated damages to the Construction Funds for contributions prior to and since January 2003 that were not paid in a timely manner and to compel the Company to submit its books and records to the Funds for an audit.

2. The Company was served with the Complaint and Summons on November 5, 2004. (See as attached hereto as Exhibit A).

3. The time in which the Company has had to answer or otherwise plead has expired.

4. Based upon prior motions and with the agreement of the Defendants, an audit was conducted on the books and records of the defendant to determine whether or not proper contributions were made to the Plaintiff Funds for the period January 1, 2004 through December 31, 2005. A copy of the report is attached as Exhibit B

5. On November 21, 2006, the Defendants were sent a copy of the Audit (Exhibit C). In December, the Defendant sent $1,000.00 toward the audit and indicated that he would review the audit to determine if there were any challenges to the accuracy of the audit.

6. On January 8, 2007 (Exhibit D) and again on April 10, 2007 (Exhibit E) the Defendants were requested to supply any challenges and they have failed to submit them or respond to the letter.

7. In addition to the amount shown on the audit, the Funds have also spent $750.00 for the cost of the audit and legal fees to date are $7,597.50 (see affidavit of Jim Farone - Exhibit F).

**WHEREFORE**, Plaintiffs respectfully request that this Court enter a Judgment Order against the Defendants in the amount of $49,500.26.

Respectfully submitted,
The Construction Welfare and Pension Funds et al.,


s/ Marc M. Pekay
MARC M. PEKAY, P.C.
Attorneys for Plaintiffs

MARC M. PEKAY, P.C.
30 NORTH LA SALLE ST.
SUITE 2426
CHICAGO, IL  60602
312/606-0980